IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESMARK EUROPE, BV, BOUCHARD GROUP, LLC and BOUCHARD GROUP EUROPE, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>PETER KAMARÁS,<br><br>    Defendant. | CIVIL ACTION No. 2:15-cv-00303 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Esmark Europe, BV, Bouchard Group, LLP and Bouchard Group Europe, LLC, hereby dismiss, without prejudice, all claims against Defendant in the above-captioned action.

April 6, 2017

Respectfully Submitted,

/s/ Gerald J. Stubenhofer, Jr.
Alexander M. Madrid (Pa. ID No. 320028)
Gerald J. Stubenhofer (Pa. ID No. 72921)
Brian C. Root (Pa. ID No. 306454)
McGuireWoods LLP
625 Liberty Avenue, Suite 2300
Pittsburgh, PA  15222
Telephone:  (412) 667-6000
Fax:  (412) 667-6050
gstubenhofer@mcguirewoods.com
broot@mcguirewoods.com
amadrid@mcguirewoods.com

*Counsel for Plaintiffs*